**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____ Chapter ___11___

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Atlas Systems, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | DBA  ATLASPHONES.COM <br> DBA  AUCTIONJAXSON <br> DBA  GLOBAL PHONE SUPPLY <br> DBA  TELECOMRECYCLE.COM <br> FDBA  THE TELECOM DEALER <br> DBA  BUSINESS PHONE SOURCE |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 38-3478110 |

4. **Debtor's address**

**Principal place of business**

1220 Centre Road
Auburn Hills, MI 48326
Number, Street, City, State & ZIP Code

Oakland
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)    www.atlasphones.com

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Atlas Systems, Inc. | Case number (*if known*) | |
|--------|----------------------|--------------------------|--|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

4249

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|--|----------|--|------|--|-------------|--|
| | District | | When | | Case number | |

Debtor  **Atlas Systems, Inc.**
    Name

Case number *(if known)* _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____

District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    Atlas Systems, Inc.
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case number (*if known*) _____

| Debtor | Atlas Systems, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 10, 2023
          MM / DD / YYYY

**X** /s/ Christopher Klow                          Christopher Klow
Signature of authorized representative of debtor         Printed name

Title    Vice President

---

**18. Signature of attorney**

**X** /s/ John J. Stockdale, Jr.                   Date  April 10, 2023
Signature of attorney for debtor                            MM / DD / YYYY

John J. Stockdale, Jr.
Printed name

Schafer and Weiner, PLLC
Firm name

40950 Woodward Ave., Suite 100
Bloomfield Hills, MI 48304
Number, Street, City, State & ZIP Code

Contact phone   (248) 540-3340      Email address   jstockdale@schaferandweiner.com

P71561 MI
Bar number and State

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 5

**Fill in this information to identify the case:**

Debtor name    Atlas Systems, Inc.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number (if known)

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 10, 2023              X /s/ Christopher Klow
                                           Signature of individual signing on behalf of debtor

                                           Christopher Klow
                                           Printed name

                                           Vice President
                                           Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    Atlas Systems, Inc.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

     1a. **Real property:**
     Copy line 88 from *Schedule A/B*.................................................................    $      0.00

     1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*..............................................................    $      2,062,836.11

     1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*..............................................................    $      2,062,836.11

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................    $      2,072,054.04

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................    $      25,750.00

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................    +$      183,643.38

4. **Total liabilities** ........................................................................................
   Lines 2 + 3a + 3b      $      2,281,447.42

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    Atlas Systems, Inc.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | TD Ameritrade (as of 1-31-23) | Investment | 1690 | $550,179.87 |
| 3.2. | Huntington Bank (operations) | Checking | 6792 | $365,233.17 |
| 3.3. | Huntington Bank (payroll) | Checking | 0759 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$915,413.04

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

Debtor    Atlas Systems, Inc.          Case number *(If known)* _____
      Name

      Carlson, Gaskey & Olds, PC
      400 West Maple, Ste. 350
      Birmingham, MI 48009
7.1.    Retainer                                            $30,000.00

      Schafer and Weiner, PLLC
      40950 Woodward Ave., Ste. 100
      Bloomfield Hills, MI 48304
7.2.    Retainer                                            $20,784.30

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
         Description, including name of holder of prepayment

9.      **Total of Part 2.**                                             $50,784.30
         Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ■ Yes Fill in the information below.

11.      **Accounts receivable**

      11a. 90 days old or less:      180,814.09  -  0.00  = ....      $180,814.09
                                 face amount             doubtful or uncollectible accounts

12.      **Total of Part 3.**                                            $180,814.09
         Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

   ■ No. Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No. Go to Part 6.
   ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| Phones | | $578,615.00 | Fair Markt Value | $578,615.00 |

22.      **Other inventory or supplies**

| Debtor | Atlas Systems, Inc. | Case number *(If known)* | |
| --- | --- | --- | --- |
| | Name | | |

**23.** **Total of Part 5.**     $578,615.00

Add lines 19 through 22.  Copy the total to line 84.

**24.** **Is any of the property listed in Part 5 perishable?**
- ■ No
- ☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ☐ No
- ■ Yes. Book value    0.00    Valuation method     Current Value    93,648.00

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **39.** **Office furniture** Office Furniture | $0.00 | Liquidation | $99,876.39 |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** 8 cubicle style office spaces with chairs 3 individual offices with desks and file cabinets/chairs 1 conference room with conference table and chairs 11 total computers in use | $0.00 | Liquidation | $15,567.29 |
| **42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.** **Total of Part 7.**     $115,443.68

Add lines 39 through 42.  Copy the total to line 86.

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
- ☐ No
- ■ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

| Debtor | Atlas Systems, Inc. | Case number *(If known)* |
|--------|---------------------|--------------------------|
|        | Name                |                          |

■ No
☐ Yes

**Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. 2023 Cadillac Escalade VIN 1GYS4GKL8PR109822 Blue Book | $36,620.00 | Blue Book | $128,288.00 |
| 47.2. 2016 Land Rover Range Rover VIN# SALGS2EF8GA306345 Blue Book | $0.00 | Blue Book | $36,608.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

    | $164,896.00 |
    |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Official Form 206A/B  Schedule A/B Assets - Real and Personal Property  page 4

Debtor   Atlas Systems, Inc.                            Case number *(If known)*
       Name

| 55.1. | 1220 Centre Road Auburn Hills, MI 48326 | Leasehold | Unknown | N/A | Unknown |
|---|---|---|---|---|---|

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    $0.00

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

## Part 10:  Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** www.atlasphones.com www.atlasphone.com www.Atlasrecov.com www.Atlasinstallers.com www.telecomrecycle.com www.sellpolycom.com | Unknown | | Unknown |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** | | | |

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

    $0.00

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    Atlas Systems, Inc.                                    Case number *(If known)*
                Name

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

**Current value of
debtor's interest**

71.    **Notes receivable**
        Description (include name of obligor)

       Atlas Property Holdings, LLC                 6,870.00   -            0.00    =              $6,870.00
                                                   Total face amount    doubtful or uncollectible amount

72.    **Tax refunds and unused net operating losses (NOLs)**
        Description (for example, federal, state, local)

       Michigan Flow-Through Entity Tax Receivable         Tax year 2022              $50,000.00

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
        has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of
        every nature, including counterclaims of the debtor and rights to
        set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
        country club membership

78.    **Total of Part 11.**                                              $56,870.00

        Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

23-43287-mlo    Doc 1    Filed 04/10/23    Entered 04/10/23 15:19:07    Page 13 of 33

| Debtor | Atlas Systems, Inc. | Case number *(If known)* | |
|--------|---------------------|--------------------------|--|
| | Name | | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $915,413.04 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $50,784.30 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $180,814.09 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $578,615.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $115,443.68 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $164,896.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $56,870.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,062,836.11 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $2,062,836.11 |

**Fill in this information to identify the case:**

Debtor name    Atlas Systems, Inc.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an
     amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.1**   Ascentium Capital

Creditor's Name

Attn: CT Corp as Agent
330 N. Brand Blvd, Ste. 700
Glendale, CA 91203

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
LED Lighting, Michigan Saver Contractor Fee     $0.00     $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

**2.2**   Jenne, Inc.

Creditor's Name

33665 Chester Road
Avon, OH 44011

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien     $593.04     $2,042,051.81
All Asset Lien

**Describe the lien**
All Asset Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Debtor  Atlas Systems, Inc.
_____  Case number (if known) _____
Name

■ No
☐ Yes. Specify each creditor,    ☐ Contingent
including this creditor and its relative   ☐ Unliquidated
priority.    ☐ Disputed

---

| 2.3 | Small Business Administration |
|---|---|

Creditor's Name

409 3rd St. SW
Washington, DC 20416
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
9102

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**    $2,000,000.00    $2,042,051.81
All Asset Lien

**Describe the lien**
All Asset Lien
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | U.S. Bank |
|---|---|

Creditor's Name

1850 Osborn Ave.
Oshkosh, WI 54902
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**    $71,461.00    $128,288.00
2023 Cadillac Escalade  VIN 1GYS4GKL8PR109822
Blue Book

**Describe the lien**
Purchase Money Security
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $2,072,054.04

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 2 of 3

Debtor    Atlas Systems, Inc.
                Name                                                    Case number (if known)

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| United States Attorney Eastern District of Michigan 211 W. Fort Street, Suite 2001 Detroit, MI 48226 | Line  2.3 | 9102 |

**Fill in this information to identify the case:**

Debtor name    Atlas Systems, Inc.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown |
|---|---|---|---|---|

**Internal Revenue Service**
c/o United States Attorney
for the District of Michigan
211 W. Fort Street, Suite 2001
Detroit, MI 48226

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,750.00 | Unknown |
|---|---|---|---|---|

**State of Michigan**
Dept of Treasury
3030 W. Grand Blvd.
Ste. 10-200
Detroit, MI 48202

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Various Employee Wages

Is the claim subject to offset?
■ No
☐ Yes

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | Atlas Systems, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$265.00**

Ascenda/ATI
750 Warrenville Road, Ste. 250
Lisle, IL 60532

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _3981_

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$475.09**

AT&T Mobility
2051 N. Squirrel Road
Auburn Hills, MI 48326

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Services_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,704.00**

Atlas Property Holdings, LLC
1220 Centre Road
Auburn Hills, MI 48326

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _7-1-2021_

**Last 4 digits of account number** _

**Basis for the claim:** _Lease_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

Avaya, Inc.
c/o Sideman & Bancroft LLP
Attn: Zachary J. Alinder Esq.
One Embarcadero Center, 22nd Floor
San Francisco, CA 94111

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Litigation_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$240.00**

Blue Point Voice & Data
5845 Avenida Encinas Ste. 134
Carlsbad, CA 92008

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _3581_

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

City of Auburn Hills
Water Dept.
1827 N. Squirrel Road
Auburn Hills, MI 48326

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Goods Sold_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

Consumers Energy
Attn: Bankruptcy
3201 E. Court Street, Room 84
Flint, MI 48506

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Utility Service_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Atlas Systems, Inc.                                    Case number (if known) _____
_____
         Name

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,100.00 |
|---|---|---|---|

Dcomcomputers
Attn: Dave Driest
16146 Hanover
Fraser, MI 48026

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 8612

Is the claim subject to offset? ☐ No ☐ Yes

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,415.00 |
|---|---|---|---|

Drew Telecom Group Inc.
Andrew Roach
891 Wakefield Street
Plainwell, MI 49080

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

DTE
One Energy Plaza
Detroit, MI 48226-1221

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Utility Service

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $15,371.34 |
|---|---|---|---|

Dynamic Voice Data
Attn:  Diane
4403 Greenbriar Drive
Stafford, TX 77477

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $75.00 |
|---|---|---|---|

Edison Technology Services, LLC
1 Calvert Ave. W
Edison, NJ 08820-3168

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $250.00 |
|---|---|---|---|

Fabco Metal Products LLC
1490 Frances Drive
Daytona Beach, FL 32124

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $10.56 |
|---|---|---|---|

Freedom Voice
169 Saxony Road, Ste. 214
Encinitas, CA 92024

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Utility Service

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Atlas Systems, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.00 |
|---|---|---|---|

Future-Com, Inc.
Attn: Jeff Melloh
499 Hawthorne Ranch Drive
Prudenville, MI 48651

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,725.00 |
|---|---|---|---|

Gilman School
5407 Roland Ave
Baltimore, MD 21210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $221.00 |
|---|---|---|---|

KMA Brokers
51 Lake Street, Unit 1-1
Nashua, NH 03060

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.00 |
|---|---|---|---|

Lennox Technologies
68 Morse Street
Foxboro, MA 02035

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,020.44 |
|---|---|---|---|

Macondo Networks LLC
3 Middlebury Blvd. Ste. 14
Randolph, NJ 07869

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $172.00 |
|---|---|---|---|

Midan
108 Gateway Blvd, Ste. 207
Mooresville, NC 28117

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,227.46 |
|---|---|---|---|

NTS Direct
41 Main Street
Bolton, MA 01740

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Atlas Systems, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $150.55

Priority1

800 East Roosevelt Road
Little Rock, AR 72206

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $105.00

Quazo Systems
2900 E. Miraloma Ave. Ste. C.
Anaheim, CA 92806

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $450.00

Relogistechs, Inc.
4300 Sterilite St. SE
Massillon, OH 44646

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Runco Waste
P.O. Box 37379
21151 Meyers Road
Oak Park, MI 48237

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Utility Service

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $123,809.00

Sheppard, Mullin Richter & Hampton
321 N. Clark Street
Chicago, IL 60654

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $560.00

Sir Plus Co.
1225 Rochester Road
Troy, MI 48083

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100.00

South Summit Capital Management LLC
4201 Congress Street, Ste. 470
Charlotte, NC 28209

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Atlas Systems, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.00 |
|---|---|---|---|

Steven Troth
6733 Marigold Circle
Boones Mill, VA 24065

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,685.00 |
|---|---|---|---|

Superior Telecom, LLC
Attn: Doug Shirley
3101 S. Scenic Ave., Ste. C
Springfield, MO 65807

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $204.94 |
|---|---|---|---|

Worldwide Express
29228 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 25,750.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 183,643.38 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 209,393.38 |

**Fill in this information to identify the case:**

Debtor name ___Atlas Systems, Inc.___

United States Bankruptcy Court for the: ___EASTERN DISTRICT OF MICHIGAN___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — Commercial lease | |
| State the term remaining — 18 years | Atlas Property Holdings, LLC |
| List the contract number of any government contract | 1220 Centre Road |
| | Auburn Hills, MI 48326 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — Shareholder Agreement | |
| State the term remaining | Christoper Klow |
| List the contract number of any government contract | 1722 Humphrey Avenue |
| | Birmingham, MI 48009 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — Shareholder Agreement | |
| State the term remaining | Thomas Werthmann, II |
| List the contract number of any government contract | 350 N. Main Street, Unit 911 |
| | Royal Oak, MI 48067 |

**Fill in this information to identify the case:**

Debtor name    Atlas Systems, Inc.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Christopher Klow | 1722 Humphrey Avenue<br>Birmingham, MI 48009 | Small Business Administration | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Christopher Klow | 1722 Humphrey Avenue<br>Birmingham, MI 48009 | Jenne, Inc. | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Thomas Werthman, II | 350 N. Main Street, Unit 911<br>Royal Oak, MI 48067 | Ascentium Capital | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | Thomas Werthmann, II | 350 N. Main Street, Unit 911<br>Royal Oak, MI 48067 | Small Business Administration | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | Thomas Werthmann, II | 350 N. Main Street, Unit 911<br>Royal Oak, MI 48067 | U.S. Bank | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |

Debtor ___Atlas Systems, Inc._____     Case number *(if known)* _____

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | Column 2: **Creditor** |
|---|---|

# United States Bankruptcy Court
## Eastern District of Michigan

In re   Atlas Systems, Inc.                                          Case No. _____
                                    Debtor(s)                        Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Christopher Klow<br>1722 Humphrey  Ave.<br>Birmingham, MI 48009 | | | 40% common stock |
| Thomas Werthmann II<br>350 N. Main Street, Unit 911<br>Royal Oak, MI 48067 | | | 60% common stock |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   April 10, 2023 _____               Signature  /s/ Christopher Klow
                                                               Christopher Klow

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Eastern District of Michigan

In re    Atlas Systems, Inc.
                     Debtor(s)

Case No.

Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Vice President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    April 10, 2023                   /s/ Christopher Klow

Christopher Klow/Vice President
Signer/Title

Ascenda/ATI
750 Warrenville Road, Ste. 250
Lisle, IL 60532


Ascentium Capital
Attn: CT Corp as Agent
330 N. Brand Blvd, Ste. 700
Glendale, CA 91203


AT&T Mobility
2051 N. Squirrel Road
Auburn Hills, MI 48326


Atlas Property Holdings, LLC
1220 Centre Road
Auburn Hills, MI 48326


Avaya, Inc.
c/o Sideman & Bancroft LLP
Attn: Zachary J. Alinder Esq.
One Embarcadero Center, 22nd Floor
San Francisco, CA 94111


Blue Point Voice & Data
5845 Avenida Encinas Ste. 134
Carlsbad, CA 92008


Christoper Klow
1722 Humphrey Avenue
Birmingham, MI 48009


Christopher Klow
1722 Humphrey Avenue
Birmingham, MI 48009


City of Auburn Hills
Water Dept.
1827 N. Squirrel Road
Auburn Hills, MI 48326


Consumers Energy
Attn: Bankruptcy
3201 E. Court Street, Room 84
Flint, MI 48506

Dcomcomputers
Attn: Dave Driest
16146 Hanover
Fraser, MI 48026


Drew Telecom Group Inc.
Andrew Roach
891 Wakefield Street
Plainwell, MI 49080


DTE
One Energy Plaza
Detroit, MI 48226-1221


Dynamic Voice Data
Attn: Diane
4403 Greenbriar Drive
Stafford, TX 77477


Edison Technology Services, LLC
1 Calvert Ave. W
Edison, NJ 08820-3168


Fabco Metal Products LLC
1490 Frances Drive
Daytona Beach, FL 32124


Freedom Voice
169 Saxony Road, Ste. 214
Encinitas, CA 92024


Future-Com, Inc.
Attn: Jeff Melloh
499 Hawthorne Ranch Drive
Prudenville, MI 48651


Gilman School
5407 Roland Ave
Baltimore, MD 21210


Internal Revenue Service
c/o United States Attorney
for the District of Michigan
211 W. Fort Street, Suite 2001
Detroit, MI 48226

Jenne, Inc.
33665 Chester Road
Avon, OH 44011


KMA Brokers
51 Lake Street, Unit 1-1
Nashua, NH 03060


Lennox Technologies
68 Morse Street
Foxboro, MA 02035


Macondo Networks LLC
3 Middlebury Blvd. Ste. 14
Randolph, NJ 07869


Midan
108 Gateway Blvd, Ste. 207
Mooresville, NC 28117


NTS Direct
41 Main Street
Bolton, MA 01740


Priority1
800 East Roosevelt Road
Little Rock, AR 72206


Quazo Systems
2900 E. Miraloma Ave. Ste. C.
Anaheim, CA 92806


Relogistechs, Inc.
4300 Sterilite St. SE
Massillon, OH 44646


Runco Waste
P.O. Box 37379
21151 Meyers Road
Oak Park, MI 48237


Sheppard, Mullin Richter & Hampton
321 N. Clark Street
Chicago, IL 60654

Sir Plus Co.
1225 Rochester Road
Troy, MI 48083


Small Business Administration
409 3rd St. SW
Washington, DC 20416


South Summit Capital Management LLC
4201 Congress Street, Ste. 470
Charlotte, NC 28209


State of Michigan
Dept of Treasury
3030 W. Grand Blvd.
Ste. 10-200
Detroit, MI 48202


Steven Troth
6733 Marigold Circle
Boones Mill, VA 24065


Superior Telecom, LLC
Attn: Doug Shirley
3101 S. Scenic Ave., Ste. C
Springfield, MO 65807


Thomas Werthman, II
350 N. Main Street, Unit 911
Royal Oak, MI 48067


Thomas Werthmann, II
350 N. Main Street, Unit 911
Royal Oak, MI 48067


U.S. Bank
1850 Osborn Ave.
Oshkosh, WI 54902


United States Attorney
Eastern District of Michigan
211 W. Fort Street, Suite 2001
Detroit, MI 48226

```
Worldwide Express
29228 Network Place
Chicago, IL 60673
```