UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:                       Case No. 23-43287-mlo
                                          Hon. Maria L. Oxholm

ATLAS SYSTEMS, INC.               Chapter 11

    Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF PAPERS OF AVAYA INC.

PLEASE TAKE NOTICE that the attorney set forth below hereby enters his appearance as counsel for Avaya Inc., pursuant to Bankruptcy Rules 2002 and 9010, and request that the Clerk of this Court enter the following name and address on the "core service list" for this case, the general mailing matrix for this case, and on all special or limited matrices, and request that copies of all notices, whether given pursuant to Bankruptcy Rule 2002 or otherwise, and all orders and other pleadings and papers in this case be given and sent to the following:

> Seth D. Gould
> THE MILLER LAW FIRM, P.C.
> 950 West University Drive,
> Suite 300
> Rochester, MI 48307
> Telephone: (248) 841-9400
> Facsimile: (248) 652-2852
> sdg@millerlawpc.com

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any or all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, statements of affairs, operating reports, schedules of assets and liabilities, or other papers, whether formal or informal, written or oral, and whether transmitted or conveyed by

mail, courier service, hand delivery, telephone, facsimile, transmission, telegraph, telex, electronic mail, or otherwise, which relate in any way to the above-captioned case or proceedings therein.

Respectfully Submitted,

**THE MILLER LAW FIRM, P.C.**

*/s/ Seth D. Gould*
Seth D. Gould (P45465)
950 W. University Dr., Ste. 300
Rochester, MI 48307
P: (248) 841-9400
F: (248) 652-2852
sdg@millerlawpc.com
*Attorneys for Avaya Inc.*

Dated: April 25, 2023

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In the Matter of:                                        Case No. 23-43287-mlo
                                                                Hon. Maria L. Oxholm
ATLAS SYSTEMS, INC.                 Chapter 11

      Debtor.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2023, I electronically filed the foregoing document using the ECF system, which will send notification of filing to all attorneys of record.

                                                               */s/ Seth D. Gould*
                                                                Seth D. Gould (P45465)