UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Case No. 23-43287-mlo

**Atlas Systems, Inc.,**                            Chapter 11 – Subchapter V

    Debtor.                                     Hon. Maria L. Oxholm
_____/

### STIPULATION FOR ORDER EXTENDING TIME FOR THE UNITED STATES TRUSTEE TO FILE OBJECTIONS TO DEBTOR'S CHAPTER 11, SUBCHAPTER V PLAN OF REORGANIZATION

Andrew R. Vara, United States Trustee, and the Debtor, through its counsel stipulate to entry of an order allowing the United States Trustee additional time for filing his Objection to Debtor's Chapter 11, Subchapter V Plan of Reorganization. The United States Trustee has informally raised objections to the Debtor's Plan. The parties are continuing to discuss resolution of the informal objections. The deadline for filing objections to the Plan is June 5, 2023. If the United States Trustee is unable to resolve his objections with the Debtor, he will file a written objection no later than 4:00 p.m. on June 6, 2023.

| **SCHAFER & WEINER PLLC** | **ANDREW R. VARA** <br> **UNITEDSTATES TRUSTEE** <br> Regions 3 and 9 |
|---|---|
| By: */s/ John J. Stockdale, Jr.* <br> John J. Stockdale, Jr. <br> 40950 Woodward Ave., Ste. 100 <br> Bloomfield Hills, MI 48304 <br> Jstockdale@schaferandweiner.com <br> (248) 540-3340 | By: */s/ Jill M. Gies* <br> Jill M. Gies (P56345) <br> Office of the U.S. Trustee <br> 211 West Fort St - Suite 700 <br> Detroit, Michigan 48226 <br> Jill.Gies@usdoj.gov <br> (313) 226-7999 |

In re:                                               Case No. 23-43287-mlo

**Atlas Systems, Inc.,**                  Chapter 11 – Subchapter V

          Debtor.                        Hon. Maria L. Oxholm

_____/

**ORDER EXTENDING TIME FOR THE UNITED STATES TRUSTEE TO FILE OBJECTIONS TO DEBTOR'S CHAPTER 11, SUBCHAPTER V PLAN OF REORGANIZATION**

Andrew R. Vara, United States Trustee, and the Debtor, through its counsel have stipulated to entry of this order allowing the United States Trustee additional time for filing his Objection to Debtor's Chapter 11, Subchapter V Plan of Reorganization. The Court finds cause to enter this order.

NOW THEREFORE:

IT IS HEREBY ORDERED that the deadline for the United States Trustee to file objections to the Debtor's Chapter 11, Subchapter V Plan is extended to 4:00 p.m. June 6, 2023.